der denying new trial, affirmed, without costs in the City Court, the Appellate Term, or this court. No opinion. Settle order on notice.

CONTINENTAL COAL, LAND & TIMBER CO. v. Ringland F. KILPATRICK et al. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

John F. CONWAY, Respondent, v. FARISH-STAFFORD COMPANY, Appellant. (Supreme Court, Appellate Division, Second Department. February, 1916.) Order of reversal, dated July 30, 1915, resettled, so as to show why the findings of fact were not passed upon or reviewed on the appeal, and resettled order signed and entered; otherwise, defendant's motion denied, without costs. Opinion per curiam. See, also, 170 App. Div. 903, 154 N. Y. Supp. 875.

John P. CORNER and William M. Cooper, appellants, v. Samuel OLIM, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment reversed and new trial granted, costs to abide the event. See Chaude v. Shepard, 122 N. Y. 397, 25 N. E. 358; Caesar v. Rubinson, 174 N. Y. 492, 67 N. E. 58; Feinsot v. Burstein, 161 App. Div. 651, 146 N. Y. Supp. 939; Id., 213 N. Y. 703, 108 N. E. 1093. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

James CORRIGAN, respondent, v. GREEN FUEL ECONOMIZER, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Order affirmed, with costs. No opinion. Jenks, P. J., and Mills, Rich, and Putnam, JJ., concur. Carr, J., dissents.

CORT FILM CORPORATION, Applt., v. AUTHOR'S FILM CO., Inc., Respt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Dowling, J., dissents. Order filed.

Michael COSTIGAN, respondent, v. NEW YORK & STAMFORD RAILWAY COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, costs to abide the event. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

COVERT MANUFACTURING COMPANY, respt., v. ROBERT GAIR COMPANY, applt. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

Louis COWAN, respondent, v. William H. CLARKE, individually and as executor, etc., appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order modified, to direct the plaintiff to pay to the defendant the sum of $30 within 20 days, as a condition for the service of an amended complaint, and, as so modified, order affirmed, with $10 costs and disbursements to the appellant. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

Ethel A. COX, as administratrix, etc., of Agnes L. Frederick, deceased, respondent, v. Elizabeth L. CODY and John Helms, appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Samuel CRAUSMAN v. GEORGE G. GRAHAM CONSTRUCTION COMPANY. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs, and stay vacated. Order signed.

Ralph E. CRELLIN, respt., v. Morris ALTMAN, applt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Motion granted, and appeal dismissed, with costs.

Ralph S. CRELLIN, Respt., v. Morris ALTMAN, Applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Order dismissing appeal vacated, upon condition that appellant file and serve printed papers and brief within two weeks and pay to respondent's attorney $10.

Pearl CRONK, respt., v. Israel GOLDMAN, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion to dismiss appeal granted, unless appellant file and serve printed papers on or before October 7th and be ready to argue the appeal on October 11th.

CUBA DISTILLING CO. v. Samuel M. RICE, impd. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

CUPPLES CORDAGE COMPANY, appellant, v. CITY OF NEW YORK and another, respondents. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order denying a temporary injunction affirmed, without costs, without prejudice to a determination of the plaintiff's rights in the basin by the final judgment in this action. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

George B. CURTIS, applt., v. Walter A. MARGRANDER et al., respts. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion granted and appeal dismissed, with costs.

Minnie DAHL, respondent, v. Samuel LEVENBERG, appellant, impleaded, etc. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Order resettled, so as to allow the plaintiff to apply to the County Court of Kings County for leave to serve an amended complaint and supplemental summons, without costs.